AUSA: Susan Fairchild Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Officer: Julian Morales Telephone: (313) 810-1963

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.

Brauly Oscar BERROA-HERRERA

Case No. Case: 2:26−mj−30713
Assigned To : Unassigned
Assign. Date : 11/13/2026
Description: CMP USA v
Berroa−Herrera (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 11, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Julian Morales, Deportation Officer - ICE ERO
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: November 13, 2026

City and state: Detroit, MI

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Julian Morales, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security (DHS), having served with ICE as a Deportation Officer since September 7, 2025. I am assigned to the Detroit Field Office. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Brauly Oscar BERROA-HERRERA, which reveal the following:

2. Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain every fact I know about this case. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a), unlawful re-entry following removal, has been committed by Brauly Oscar BERROA-HERRERA.

3. Brauly Oscar BERROA-HERRERA is a 24-year-old native and citizen of Dominican Republic who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

4. On or about March 10, 2024, BERROA-HERRERA was encountered by Border Patrol agents near Lukeville, Arizona. BERROA-HERRERA was issued a Notice to Appear and released on his own recognizance.

5. On or about September 24, 2024, BERROA-HERRERA was cited and released by the Dearborn, Michigan, Police Department for the offense of Larceny. BERROA-HERRERA allegedly stole $233.32 worth of merchandise from Walmart. The charges were ultimately dismissed under HYTA.

6. On or about April 30, 2025, BERROA-HERRERA was convicted in the 19th District Court in Dearborn, Michigan, for Disturbing the Peace. BERROA-HERRERA was sentenced to a fine of $895 and probation for three months.

7. On or about May 15, 2025, BERROA-HERRERA reported to the ICE/ERO Detroit field office per a G-56 Call in Letter and he was detained under the Laken Riley Act. The Laken Riley Act requires the Department of Homeland Security (DHS) to detain certain non-U.S. nationals (*aliens* under federal law) who have been arrested for burglary, theft, larceny, shoplifting, assault of a law enforcement officer, or any crime that results in death or serious bodily injury to another person.

8. On May 21, 2025, an Immigration Judge ordered BERROA-HERRERA removed to Dominican Republic. BERROA-HERRERA was removed via ICE air charter on June 17, 2025.

9. On November 3, 2026, ICE officials were advised that BERROA-HERRERA had illegally returned to the United States and was residing on Morley Street in Detroit, Michigan.

10. According to a Detroit Police Report filed on November 4, 2026, in August, 2026, BERROA-HERRERA was involved in a domestic assault incident at which time he allegedly kicked the victim, stomped on her, strangled her and struck her several times with a belt. He allegedly threatened the victim with a knife. Thereafter, several other assaults occurred during the following months, resulting in injuries to the victim including bruises, bite marks and scratches on her neck. BERROA-HERRERA also used an intimate photo of the victim as a profile picture on WHATSAPP and in a text threated to kill the victim and to upload sexual videos depicting the victim to the internet.

11. On November 11, 2026, following surveillance at his suspected residence, BERROA-HERRERA was taken into custody in Detroit, MI, by Detroit ICE/ERO enforcement teams. His identity and immigration status were verified. At the time of his arrest, BERROA-HERRERA was in possession of a Rhode Island driver's license with the name of "Daniel Resto Montanez, DOB 10/xx/2002." The document appeared to be fraudulent.

12. At the Detroit Field Office, BERROA-HERRERA'S fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that BERROA-HERRERA is a citizen of Dominican Republic with the above immigration history who has been previously removed from the United States. The records checks did not provide any evidence that BERROA-HERRERA legally entered the United States or had been issued any document or status that would allow him to enter or remain in the United States.

13. The aforementioned arrest was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of non-citizens.

14. Review of the Alien File (A# xxx xxx 696) for BERROA-HERRERA and queries in Department of Homeland Security databases confirm no record exists of BERROA-HERRERA, obtaining the express permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

15. Based on the above information, I believe there is probable cause to conclude that Brauly Oscar BERROA-HERRERA is an alien who was found in the United States after removal without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to reapply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

Respectfully submitted,

J. Morales

Julian Morales, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. Anthony P. Patti
United States Magistrate Judge

Date: November 13, 2026